Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–26760–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Lora
   18 Woodridge CT
   Newton, NJ 07860

Social Security No.:
   xxx–xx–7474

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/11/20 at 10:00 AM

to consider and act upon the following:

*40* – Application for Extension of Loss Mitigation Period. Filed by Camille J Kassar on behalf of Jose A Lora. Objection deadline is 5/11/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Kassar, Camille)

*42* – Certification in Opposition to Request for Extension of Loss Mitigation (related document:40 Application for Extension of Loss Mitigation Period. Filed by Camille J Kassar on behalf of Jose A Lora. Objection deadline is 5/11/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Jose A Lora) filed by Michael C. D'Aries on behalf of 21st Mortgage Corporation. (D'Aries, Michael)

Dated: 5/11/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court