UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J Kassar
Law Offices of Camille Kassar, LLC
271 Route 46 WestSuite C-102
Fairfield, NJ 07004
973-227-3296 Fax : 973-860-2448 Email:
ckassar@locklawyers.com

**Order Filed on July 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Jose A Lora

Case No.: 19-26760
Chapter: 13
Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 1, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  March 6, 2020 :

Property:    18 Woodridge CT Newton, NJ 07860

Creditor:    21 Mortgage

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Camille Kassar, Esq. , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  08/24/2020 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2