| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| THE LAW OFFICE OF MICHAEL C. D'ARIES, LLC<br>222 Sussex Street<br>Harrison NJ 07029<br>Michael C. D'Aries, Esq.<br>(908) 337-8989<br>Attorneys for 21st Mortgage Corporation | **Order Filed on July 8, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>JOSA A. LORA,<br><br>                              Debtor | Case No. 19-26760-JKS<br><br>Chapter 13<br><br>Judge: Honorable John K. Sherwood |

**CONSENT ORDER RESOLVING OBJECTION TO PLAN CONFIRMATION**

**DATED: July 8, 2020**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

21st Mortgage Corporation ("21st Mortgage"), a secured creditor, by its attorneys, The Law Office of Michael C. D'Aries, LLC, having filed an Objection to the Confirmation of Jose A. Lora (the "Debtor") proposed Chapter 13 Plan, and counsel for 21st Mortgage and the Debtor having conferred, both parties seek to avoid costs and expenses incurred by contesting confirmation at this time, and the Loss Mitigation Period with regard to the real property located at 18 Woodbridge Court, Newton New Jersey 07860 (the "Property") having been extended by the Court until August 24, 2020;

For good cause shown it is hereby ORDERED THAT 21st Mortgage's Objection to Plan Confirmation is resolved upon the following conditions:

1. The Debtor shall continue to be under loss mitigation review until the earliest of: 1) termination of Loss Mitigation; or 2) the approval of a trial modification or other loss mitigation option.

2. Within 20 days of the occurrence of the earlier of the two alternative events listed in Paragraph 1, the Debtor shall modify the proposed Chapter 13 Plan, or surrender the Property.

3. The Debtor shall maintain the current monthly payments to 21st Mortgage in the amount of $3,559.94 for the Property

Law Offices of Camille Kassar, LLC         Law Office of Michael C. D'Aries, LLC
Attorneys for Debtor, Lora A. Jose          Attorneys for 21st Mortgage Corporation

By:_____         By: /s/ Michael C. D'Aries_____
    Camille J. Kassar, Esq.                     Michael C. D'Aries, Esq.