| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| THE LAW OFFICE OF MICHAEL C. D'ARIES, LLC<br>222 Sussex Street<br>Harrison NJ 07029<br>Michael C. D'Aries, Esq.<br>(908) 337-8989<br>Attorneys for 21st Mortgage Corporation | Order Filed on July 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>JOSA A. LORA,<br><br>                  Debtor | Case No. 19-26760-JKS<br><br>Chapter 13<br><br>Judge: Honorable John K. Sherwood |

### CONSENT ORDER RESOLVING OBJECTION TO PLAN CONFIRMATION

**DATED: July 8, 2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

21st Mortgage Corporation ("21st Mortgage"), a secured creditor, by its attorneys, The

Law Office of Michael C. D'Aries, LLC, having filed an Objection to the Confirmation of Jose

A. Lora (the "Debtor") proposed Chapter 13 Plan, and counsel for 21st Mortgage and the Debtor

having conferred, both parties seek to avoid costs and expenses incurred by contesting

confirmation at this time, and the Loss Mitigation Period with regard to the real property located

at 18 Woodbridge Court, Newton New Jersey 07860 (the "Property") having been extended by

the Court until August 24, 2020;

For good cause shown it is hereby ORDERED THAT 21st Mortgage's Objection to Plan

Confirmation is resolved upon the following conditions:

1.    The Debtor shall continue to be under loss mitigation review until the earliest of:  1)

termination of Loss Mitigation; or 2) the approval of a trial modification or other loss mitigation

option.

2.    Within 20 days of the occurrence of the earlier of the two alternative events listed in

Paragraph 1, the Debtor shall modify the proposed Chapter 13 Plan, or surrender the Property.

3.    The Debtor shall maintain the current monthly payments to 21st Mortgage in the

amount of $3,559.94 for the Property

Law Offices of Camille Kassar, LLC        Law Office of Michael C. D'Aries, LLC
Attorneys for Debtor, Lora A. Jose        Attorneys for 21st Mortgage Corporation

By:_____        By: /s/ Michael C. D'Aries_____
    Camille J. Kassar, Esq.                    Michael C. D'Aries, Esq.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-26760-JKS
Jose A Lora                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jul 09, 2020
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db             +Jose A Lora,    18 Woodridge CT,    Newton, NJ 07860-2352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
          Camille J Kassar    on behalf of Debtor Jose A Lora ckassar@locklawyers.com,
           kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Gavin  Stewart    on behalf of Creditor   Toyota Motor Credit Corporation bk@stewartlegalgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Michael C. D'Aries    on behalf of Creditor   21st Mortgage Corporation mdaries@darieslaw.com,
           ahelfand@helfandlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 8