UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF MICHAEL C. D'ARIES, LLC
222 Sussex Street
Harrison NJ 07029
(908) 337-8988
Michael C. D'Aries, Esq.

**Order Filed on December 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | | |
| --- | --- | --- |
| JOSE A. LORA | Case No.: | 19-26760 JKS |
| | Judge: | John K. Sherwood |
| Debtors | Hearing Date(s): | November 12, 2020 |
| | Chapter: | 13 |

---

Recommended Local Form    ☒ Followed    ☐ Modified

---

### ORDER RESOLVING MOTION TO VACATE STAY
### AND/OR MOTION TO DISMISS
### WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: December 17,
2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | 21st Mortgage Corporation |
| Applicant's Counsel: | Law Office of Michael C. D'Aries, LLC |
| Debtor's Counsel: | Law Office of Camille Kassar, LLC |
| Property Involved ("Collateral"): | 18 Woodbridge Court, Newton New Jersey 07860 |

Relief sought:  ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

☐  The Debtor is overdue for _____ months, from _____ to _____.

☐  The Debtor is overdue for _____ payments at $_____ per month.

☐  The Debtor is assessed for _____ late charges at $_____ per month.

☐  Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

Total Arrearages Due  $_____.

2.  Debtor must cure all post-petition arrearages, as follows:

☐  Immediate payment shall be made in the amount of $_____.  Payment shall be made no later than _____.

☒  Beginning on _____12/1/2020_____, regular monthly mortgage payments shall continue to be made in the amount of $__3604.23__.

☐  Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

❏    The amount of $_____ shall be capitalized in the debtor's Chapter 13

plan.   The debtor's monthly payment to the Chapter 13 Trustee is modified to be $

_____ per month.

3.    Payments to the Secured Creditor shall be made to the following address(es):

❏    Immediate payment:            _____

_____

_____

☒    Regular monthly payment:        21st Mortgage Payment Processing Center

P.O. Box 148

Memphis TN 38101

❏    Monthly cure payment:            _____

_____

_____

4.    In the event of Default:

☒    If the Debtor fails to make the immediate payment specified above or fails to make

any regular monthly payment or the additional monthly cure payment within thirty (30)

days of the date the payments are due, then the Secured Creditor may obtain an Order

Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a

Certification specifying the Debtor's failure to comply with this Order.  At the time the

Certification is filed with the court, a copy of the Certification shall be sent to the Chapter

13 Trustee, the Debtor, and the Debtor's attorney.

☒    If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a

new bankruptcy case will not act to impose the automatic stay against the Secured

Creditor's opportunity to proceed against its Collateral without further Order of the Court.

3

5.    Award of Attorneys' Fees:

☒    The Applicant is awarded attorneys fees of $_____750_____, and costs of $____181.00____.

The fees and costs are payable:

☐    through the Chapter 13 plan.

☒    to the Secured Creditor within ____30____ days.

☐    Attorneys' fees are not awarded.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-26760-JKS

Jose A Lora                                                                      Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                        Page 1 of 2
Date Rcvd: Dec 17, 2020                     Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Jose A Lora, 18 Woodridge CT, Newton, NJ 07860-2352 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020                  Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Camille J Kassar | on behalf of Debtor Jose A Lora ckassar@locklawyers.com kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com,tdell@locklawyers.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |

magecf@magtrustee.com

Michael C. D'Aries

on behalf of Creditor 21st Mortgage Corporation mdaries@darieslaw.com  ahelfand@helfandlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8