| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation* |
| In re:<br><br>Jose A. Lora<br><br>                                                                                Debtor. |

Order Filed on April 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 19-26760-JKS

Hearing Date: April 22, 2021

Judge John K. Sherwood

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 30, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Jose A. Lora
Case No.: 19-26760-JKS
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Toyota Motor Credit Corporation ("Creditor"), whereas the underlying loan is current and due for the May 4, 2021, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2017 Toyota Prius Plu; VIN: JTDKARFP0H3030480** ("Property") provided that the Debtor complies with the following:

    a. The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, beginning with the May 4, 2021 payment and continuing thereon per the terms of the underlying loan.

2. All direct payments due hereunder shall be sent directly to Creditor at the following address: **Toyota Motor Credit Corporation P.O. Box 9490, Cedar Rapids, Iowa 52409-9490**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| _____ | /s/Gavin N. Stewart |
| Camille J. Kassar, Esq. | Gavin N. Stewart, Esq. |
| Law Offices of Camille Kassar, LLC | Stewart Legal Group, P.L. |
| 271 Route 46 West, Suite C-102 | 401 East Jackson Street, Suite 2340 |
| Fairfield, NJ 07004 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |