UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with
D.N.J.LBR 9004-1

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Toyota Motor Credit Corporation*

In re:

Jose A. Lora

Debtor.

Order Filed on April 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 19-26760-JKS

Hearing Date: April 22, 2021

Judge John K. Sherwood

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 30, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Jose A. Lora
Case No.: 19-26760-JKS
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Toyota Motor Credit Corporation ("Creditor"), whereas the underlying loan is current and due for the May 4, 2021, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2017 Toyota Prius Plu; VIN: JTDKARFP0H3030480** ("Property") provided that the Debtor complies with the following:

   a. The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, beginning with the May 4, 2021 payment and continuing thereon per the terms of the underlying loan.

2. All direct payments due hereunder shall be sent directly to Creditor at the following address: **Toyota Motor Credit Corporation P.O. Box 9490, Cedar Rapids, Iowa 52409-9490**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

     5.    Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| _____ <br> Camille J. Kassar, Esq. <br> Law Offices of Camille Kassar, LLC <br> 271 Route 46 West, Suite C-102 <br> Fairfield, NJ 07004 <br> *Counsel for Debtor* | */s/Gavin N. Stewart* <br> Gavin N. Stewart, Esq. <br> Stewart Legal Group, P.L. <br> 401 East Jackson Street, Suite 2340 <br> Tampa, FL 33602 <br> *Counsel for Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:  
Jose A Lora  
    Debtor

Case No. 19-26760-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 30, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose A Lora, 18 Woodridge CT, Newton, NJ 07860-2352 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:

**Name**     **Email Address**

Camille J Kassar  
    on behalf of Debtor Jose A Lora ckassar@locklawyers.com  
    kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com,tdell@locklawyers.com

Denise E. Carlon  
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon  
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart  
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Kevin Gordon McDonald  
    on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 30, 2021 | Form ID: pdf903 | Total Noticed: 1

Michael C. D'Aries
    on behalf of Creditor 21st Mortgage Corporation mdaries@darieslaw.com ahelfand@helfandlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8