

Order Filed on August 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Camille J. Kassar
Law Offices of Camille J. Kassar
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax:973-860-2448
Attorney for Debtor

In Re:
Jose A. Lora

Case No.: 19-26760
Chapter: 13
Judge: JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 3, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Camille J. Kassar _____, the applicant, is allowed a fee of $ _____ 950.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 950.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 2820 _____ per month for _____ 36 _____ months to allow for payment of the above fee.

*rev.8/1/15*

2