Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−26760−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Jose A Lora
 18 Woodridge CT
 Newton, NJ 07860

Social Security No.:
 xxx−xx−7474

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/9/21 at 10:00 AM

to consider and act upon the following:

*108 −* Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/9/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*112 −* in Opposition to (related document:108 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/9/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Camille J Kassar on behalf of Jose A Lora. (Kassar, Camille)

Dated: 8/9/21

    Jeanne Naughton
    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                Case No. 19-26760-JKS
Jose A Lora                                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin           Page 1 of 2
Date Rcvd: Aug 09, 2021      Form ID: ntchrgbk       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

**Recip ID          Recipient Name and Address**
db               + Jose A Lora, 18 Woodridge CT, Newton, NJ 07860-2352

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021             Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:**

**Name               Email Address**

Camille J Kassar
          on behalf of Debtor Jose A Lora ckassar@locklawyers.com
          bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
          on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
          on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
          on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Kevin Gordon McDonald
          on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 09, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

        magecf@magtrustee.com

Michael C. D'Aries

        on behalf of Creditor 21st Mortgage Corporation mdaries@darieslaw.com ahelfand@helfandlaw.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8