Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−26760−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Lora
   18 Woodridge CT
   Newton, NJ 07860

Social Security No.:
   xxx−xx−7474

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/13/23 at 10:00 AM

to consider and act upon the following:

*126* – Creditor's Certification of Default (related document:87 Order (Generic)) filed by Douglas J. McDonough on behalf of 21st Mortgage Corporation. Objection deadline is 03/30/2023. (Attachments: # 1 Exhibit A # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (McDonough, Douglas)

*127* – in Opposition to (related document:126 Creditor's Certification of Default (related document:87 Order (Generic)) filed by Douglas J. McDonough on behalf of 21st Mortgage Corporation. Objection deadline is 03/30/2023. (Attachments: # 1 Exhibit A # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor 21st Mortgage Corporation) filed by Camille J Kassar on behalf of Jose A Lora. (Kassar, Camille)

Dated: 3/31/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court