Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−26760−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Lora
   18 Woodridge CT
   Newton, NJ 07860

Social Security No.:
   xxx−xx−7474

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/13/23 at 10:00 AM

to consider and act upon the following:

*126* − Creditor's Certification of Default (related document:87 Order (Generic)) filed by Douglas J. McDonough on behalf of 21st Mortgage Corporation. Objection deadline is 03/30/2023. (Attachments: # 1 Exhibit A # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (McDonough, Douglas)

*127* − in Opposition to (related document:126 Creditor's Certification of Default (related document:87 Order (Generic)) filed by Douglas J. McDonough on behalf of 21st Mortgage Corporation. Objection deadline is 03/30/2023. (Attachments: # 1 Exhibit A # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor 21st Mortgage Corporation) filed by Camille J Kassar on behalf of Jose A Lora. (Kassar, Camille)

Dated: 3/31/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-26760-JKS |
| Jose A Lora | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 31, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose A Lora, 18 Woodridge CT, Newton, NJ 07860-2352 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

**Name**    **Email Address**

Camille J Kassar
    on behalf of Debtor Jose A Lora ckassar@locklawyers.com
    bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor 21st Mortgage Corporation dmcdonough@flwlaw.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Kevin Gordon McDonald

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 31, 2023 | Form ID: ntchrgbk | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael C. D'Aries | on behalf of Creditor 21st Mortgage Corporation Mdaries@flwlaw.com ahelfand@helfandlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9