Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−26760−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Lora
   18 Woodridge CT
   Newton, NJ 07860

Social Security No.:
   xxx−xx−7474

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/13/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 13, 2024
JAN: zlh

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 19-26760-JKS
Jose A Lora                                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                          User: admin                                          Page 1 of 3
Date Rcvd: Mar 13, 2024                              Form ID: 148                                       Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose A Lora, 18 Woodridge CT, Newton, NJ 07860-2352 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 13 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 13 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebn@21stmortgage.com | Mar 13 2024 20:51:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 518437688 | | Email/Text: ebn@21stmortgage.com | Mar 13 2024 20:51:00 | 21st Mortgage Corp, Attn: Bankruptcy, Po Box 477, Knoxville, TN 37901 |
| 518500216 | + | EDI: AIS.COM | Mar 14 2024 00:42:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518437689 | + | EDI: CAPITALONE.COM | Mar 14 2024 00:42:00 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518437690 | + | EDI: CITICORP | Mar 14 2024 00:42:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518558006 | | EDI: CITICORP | Mar 14 2024 00:42:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518437691 | + | EDI: NAVIENTFKASMSERV.COM | Mar 14 2024 00:42:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518544824 | | EDI: NAVIENTFKASMSERV.COM | Mar 14 2024 00:42:00 | Navient, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518437692 | + | Email/Text: clientservices@remexinc.com | Mar 13 2024 20:50:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518437693 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 13 2024 20:51:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518504781 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 13 2024 20:50:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518503777 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 13 2024 20:50:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518493881 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2024 21:09:32 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518437698 | | Email/Text: bankruptcydept@wyn.com | | |

| Recip ID | | | |
|---|---|---|---|
| 518506117 | + | Email/Text: bankruptcydept@wyn.com | Mar 13 2024 20:51:00  Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |
| | | | Mar 13 2024 20:51:00  Wyndham Vacation Resorts, Inc, PO Box 97474, Las Vegas, NV 89193-7474 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518437694 | | Toyota Motor Credit |
| 518437695 | | Toyota Motor Credit |
| 518437696 | | Toyota Motor Credit |
| 518437697 | | Toyota Motor Credit |
| 518504782 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

**Name** | **Email Address**

Camille J Kassar
on behalf of Debtor Jose A Lora ckassar@locklawyers.com
bbkconsultantllc@gmail.com,tdell@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
on behalf of Creditor 21st Mortgage Corporation dmcdonough@flwlaw.com

Gavin Stewart
on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Kevin Gordon McDonald
on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Michael C. D'Aries
on behalf of Creditor 21st Mortgage Corporation michael.c.daries@irscounsel.treas.gov  ahelfand@helfandlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2      User: admin      Page 3 of 3

Date Rcvd: Mar 13, 2024      Form ID: 148      Total Noticed: 18

TOTAL: 9