Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 14, 2024

**Chapter 13 Case # 19-26760**

Re:   JOSE A LORA                           Atty:   CAMILLE J KASSAR
      18 WOODRIDGE CT                               LAW OFFICES OF CAMILLE KASSAR, LLC
      NEWTON, NJ  07860                             35 NORTHWEST STREET
                                                    LINCOLN PARK, NJ  07035

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $132,671.60**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/26/2019 | $170.40 | 6200810000 | 12/03/2019 | $170.40 | 6375380000 |
| 01/23/2020 | $681.60 | 6501709000 | 04/02/2020 | $170.40 | 6676570000 |
| 05/01/2020 | $170.40 | 6756056000 | 06/01/2020 | $170.40 | 6826269000 |
| 07/06/2020 | $170.40 | 6919011000 | 07/08/2020 | $170.40 | 6925497000 |
| 08/03/2020 | $170.40 | 6984945000 | 08/31/2020 | $170.40 | 7049134000 |
| 10/01/2020 | $170.40 | 7126467000 | 11/02/2020 | $2,789.00 | 7203587000 |
| 11/30/2020 | $2,789.00 | 7268175000 | 02/05/2021 | $2,789.00 | 7435784000 |
| 03/01/2021 | $2,789.00 | 7486370000 | 04/27/2021 | $5,618.00 | 7625183000 |
| 05/19/2021 | $2,809.00 | 7679919000 | 08/26/2021 | $8,427.00 | 7902864000 |
| 09/01/2021 | $2,809.00 | 7917150000 | 10/04/2021 | $2,820.00 | 7990604000 |
| 11/01/2021 | $2,820.00 | 8047924000 | 01/10/2022 | $5,640.00 | 8198727000 |
| 02/16/2022 | $2,820.00 | 8280026000 | 03/17/2022 | $2,820.00 | 8344244000 |
| 04/11/2022 | $2,820.00 | 8394398000 | 05/02/2022 | $2,820.00 | 8436480000 |
| 06/02/2022 | $2,820.00 | 8502186000 | 07/05/2022 | $2,847.00 | 8565138000 |
| 08/01/2022 | $2,847.00 | 8620212000 | 09/16/2022 | $2,847.00 | 8711041000 |
| 10/03/2022 | $2,847.00 | 8741860000 | 12/12/2022 | $2,847.00 | 8878585000 |
| 02/13/2023 | $8,541.00 | 8994197000 | 03/23/2023 | $2,847.00 | 9069943000 |
| 04/20/2023 | $2,847.00 | 9120808000 | 05/04/2023 | $2,847.00 | 9150277000 |
| 07/12/2023 | $5,694.00 | 9271244000 | 09/01/2023 | $2,847.00 | 9358025000 |
| 09/18/2023 | $2,847.00 | 9385904000 | 10/02/2023 | $2,847.00 | 9406075000 |
| 11/29/2023 | $2,847.00 | 9504306000 | 01/16/2024 | $2,847.00 | 9582675000 |
| 04/30/2024 | $8,541.00 | 1926760-9684227000 | 05/07/2024 | $2,847.00 | 9773760000 |
| 05/16/2024 | $2,847.00 | 9788050000 | 06/10/2024 | $2,847.00 | 9827418000 |
| 07/01/2024 | $2,847.00 | 9856299000 | 09/03/2024 | $2,847.00 | 9954276000 |
| 10/01/2024 | $2,847.00 | 1000437000 | | | |

**Total Receipts:  $135,453.60  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $135,453.60**

**Chapter 13 Case # 19-26760**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 8,183.84 | |
| ATTY | ATTORNEY | ADMIN | 3,667.50 | 100.00% | 3,667.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | 21ST MORTGAGE CORPORATION | MORTGAGE ARRE | 110,711.56 | 100.00% | 110,711.56 | |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 8,974.91 | * | 2,494.17 | |
| 0003 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | NAVIENT SOLUTIONS INC | UNSECURED | 17,949.08 | * | 4,988.13 | |
| 0005 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | TOYOTA FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0007 | TOYOTA MOTOR CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | WYNDHAM VACATION RESORTS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0011 | TOYOTA MOTOR CREDIT CORPORATION | UNSECURED | 3,613.20 | * | 1,004.12 | |
| 0012 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0013 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0015 | CITIBANK NA | UNSECURED | 2,375.94 | * | 660.28 | |
| 0016 | TOYOTA MOTOR CREDIT CORPORATION | (NEW) Auto Agreed | 531.00 | 100.00% | 531.00 | |
| 0017 | TOYOTA MOTOR CREDIT CORPORATION | (NEW) Auto Agreed | 431.00 | 100.00% | 431.00 | |

**Total Paid:  $132,671.60**

See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| 21ST MORTGAGE CORPORATION | | | | | | | |
| | 12/21/2020 | $1,560.06 | 861360 | | 01/11/2021 | $2,579.82 | 863163 |
| | 03/15/2021 | $1,859.82 | 866696 | | 04/19/2021 | $2,579.82 | 868346 |
| | 06/21/2021 | $7,804.18 | 872059 | | 10/18/2021 | $9,571.45 | 879061 |
| | 11/17/2021 | $2,667.74 | 880769 | | 12/13/2021 | $2,667.74 | 882401 |
| | 02/14/2022 | $5,335.48 | 885746 | | 04/18/2022 | $5,377.61 | 889155 |
| | 05/16/2022 | $2,050.15 | 890870 | | 06/20/2022 | $2,709.86 | 892550 |
| | 07/18/2022 | $2,709.86 | 894285 | | 08/15/2022 | $2,735.82 | 895850 |
| | 09/19/2022 | $2,735.81 | 897449 | | 10/17/2022 | $2,735.82 | 899124 |
| | 11/14/2022 | $2,679.11 | 900700 | | 02/13/2023 | $2,679.11 | 905263 |
| | 04/17/2023 | $8,037.32 | 908461 | | 05/15/2023 | $2,679.11 | 910092 |
| | 06/12/2023 | $5,329.87 | 911554 | | 08/14/2023 | $5,301.52 | 914588 |
| | 10/16/2023 | $2,650.75 | 917584 | | 11/13/2023 | $5,258.99 | 919007 |
| | 01/08/2024 | $2,608.23 | 921820 | | 03/11/2024 | $2,608.24 | 924623 |
| | 06/17/2024 | $13,041.17 | 928936 | | 07/15/2024 | $157.10 | 930425 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 07/20/2020 | $247.84 | 852304 | | 08/17/2020 | $85.97 | 854169 |
| | 09/21/2020 | $42.98 | 855984 | | 07/15/2024 | $671.21 | 930518 |
| | 08/19/2024 | $737.51 | 931933 | | 10/21/2024 | $708.66 | 934795 |
| CITIBANK NA | | | | | | | |
| | 07/20/2020 | $65.61 | 852043 | | 08/17/2020 | $22.76 | 853919 |
| | 09/21/2020 | $11.38 | 855697 | | 07/15/2024 | $177.69 | 930181 |
| | 08/19/2024 | $195.24 | 931576 | | 10/21/2024 | $187.60 | 934421 |
| NAVIENT SOLUTIONS INC | | | | | | | |
| | 07/20/2020 | $495.66 | 851727 | | 08/17/2020 | $171.92 | 853616 |
| | 09/21/2020 | $85.96 | 855384 | | 07/15/2024 | $1,342.36 | 930089 |
| | 08/19/2024 | $1,474.96 | 931482 | | 10/21/2024 | $1,417.27 | 934339 |

**Chapter 13 Case # 19-26760**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 07/20/2020 | $99.78 | 853241 | | 07/20/2020 | $531.00 | 853240 |
| | 08/17/2020 | $34.59 | 855051 | | 09/21/2020 | $17.30 | 856934 |
| | 06/21/2021 | $32.93 | 873107 | | 10/18/2021 | $40.39 | 880052 |
| | 11/17/2021 | $11.26 | 881729 | | 12/13/2021 | $11.26 | 883370 |
| | 02/14/2022 | $22.52 | 886742 | | 04/18/2022 | $22.69 | 890184 |
| | 05/16/2022 | $8.65 | 891825 | | 06/20/2022 | $11.44 | 893576 |
| | 07/18/2022 | $11.44 | 895202 | | 08/15/2022 | $11.54 | 896750 |
| | 09/19/2022 | $11.55 | 898425 | | 10/17/2022 | $11.54 | 900038 |
| | 11/14/2022 | $11.31 | 901610 | | 02/13/2023 | $11.31 | 906209 |
| | 04/17/2023 | $33.92 | 909452 | | 05/15/2023 | $11.31 | 910950 |
| | 06/12/2023 | $22.49 | 912461 | | 08/14/2023 | $22.37 | 915450 |
| | 10/16/2023 | $11.19 | 918423 | | 11/13/2023 | $22.19 | 919868 |
| | 01/08/2024 | $11.01 | 922628 | | 03/11/2024 | $11.00 | 925482 |
| | 06/17/2024 | $55.03 | 929867 | | 07/15/2024 | $0.66 | 931238 |
| | 07/15/2024 | $270.22 | 931239 | | 08/19/2024 | $296.93 | 932741 |
| | 10/21/2024 | $285.30 | 935624 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: November 14, 2024.

Receipts: $135,453.60       -       Paid to Claims: $120,820.26    -    Admin Costs Paid: $11,851.34  =    Funds on Hand: $2,782.00

Base Plan Amount: $132,671.60       -       Receipts:  $135,453.60               =    Total Unpaid Balance: **($2,782.00)

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.